UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MARVIN BELSER, )<br>　　PLAINTIFF, )<br>　　　　　　　　　　　　　　　　) | NO. 2:16-CV-134 |
| -V- )<br>　　　　　　　　　　　　　　　　) | HONORABLE PAUL L. MALONEY |
| JEFFREY WOODS, ET AL., )<br>　　DEFENDANTS. )<br>　　　　　　　　　　　　　　　　) | |

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 58), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

　　**IT IS SO ORDERED**.

Date:　November 7, 2017　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge